**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ALEXIS SUGGS, | ) | CIVIL ACTION NO. 22-cv-1327 |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | JUDGE: JAY C. ZAINEY MAGISTRATE JUDGE: KAREN WELLS ROBY |
| ALEX MIKKELSEN, JONATHAN DOWNING, MICHAEL JOHN NACCARI III, KERRY NAJOLIA, and JOSEPH P. LOPINTO III, | ) ) ) ) | |
| *Defendants*. | ) ) ) | |

**CONSENT MOTION TO ADMINISTRATIVELY CLOSE AND TO STAY**

Plaintiff, Alexis Suggs, moves this Court for an order staying and administratively closing this action for an additional fourteen (14) days, pending consummation of the transactions and requirements of the settlement reached between the Parties. Counsel for Defendants, Alex Mikkelsen, Jonathan Downing, Michael John Naccari III, Kerry Najolia, and Joseph P. Lopinto III, have indicated their consent to this Motion.

On January 3, 2023, the parties agreed to the settlement of this action. Pursuant to that agreement, the Court issued its Order [Doc. 105], dismissing this action without prejudice and granting the Parties the right to seek summary judgment to enforce the settlement if it is not consummated within the 60-day dismissal period. The 60-day dismissal period expires on March 6, 2023.

While the parties expect to consummate the settlement very soon, the transactions and requirements contemplated by the terms of the settlement will take longer than the 60-day dismissal period currently provided in the Court's dismissal Order [Doc. 105]. The terms of the settlement contemplate, for example, that upon the parties signing the agreement, Alexis Suggs

will be paid EIGHT THOUSAND SEVEN HUNDRED-FIFTY and NO/100 ($8,750.00) DOLLARS from Southeast Louisiana Flood Protection Authority-East, and EIGHT THOUSAND SEVEN HUNDRED-FIFTY and NO/100 ($8,750.00) DOLLARS on behalf of Jefferson Parish Sherriff's Office, in full and complete compromise of and satisfaction of, any and all claims, causes of actions, demands of any nature whatsoever, which Alexis Suggs now has, or which might hereafter have, as against Defendants Alex Mikkelsen, Jonathan Downing, Michael John Naccari III, Kerry Najolia, and Joseph P. Lopinto III. Consummating these transactions will continue beyond the current 60-day period, set to expire March 6, 2023. The Effective Date of the settlement occurs on the consummation of the transaction, and accomplishing the requirements, contemplated by the terms of the settlement. After the Effective Date, Plaintiff will file a motion to dismiss the action with prejudice. Plaintiff currently expects this will take no more than two additional weeks beyond the original 60-day period.

WHEREFORE Plaintiff respectfully requests that the Court enter an Order staying and administratively closing this action, pending further motion either to reopen or to dismiss this action with prejudice.

Respectfully submitted,

By: /s/ *Rebekka C. Veith*
Rebekka C. Veith (#36062)
FISHMAN HAYGOOD LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5225
Facsimilie: (504) 586-5250
Email: rveith@fishmanhaygood.com

By:/s/ *Jackson Walker*
Jackson Walker (admitted Pro Hac Vice)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
15 West South Temple

-3-

        Gateway Tower West, Suite 1700
        Salt Lake City, UT 84101
        Telephone: (801) 401-5810
        Facsimile: (866) 974-7329
        Email: Jackson.walker@wsgr.com

*Attorneys for Plaintiff Alexis Suggs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Rebekka C. Veith*