UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXIS SUGGS,<br><br>         Plaintiff,<br><br>v.<br><br>ALEX MIKKELSEN, JONATHAN DOWNING, MICHAEL JOHN NACCARI III, KERRY NAJOLIA, and JOSEPH P. LOPINTO III,<br><br>         Defendants. | CIVIL ACTION NO.: 2:21-cv-1327<br><br>JUDGE: JAY C. ZAINEY<br>MAGISTRATE: KAREN WELLS ROBY |

**ORDER**

Considering the Consent Motion to Administratively Close and to Stay filed by Plaintiff, Alexis Suggs;

IT IS HEREBY ORDERED Motion to Administratively Close and to Stay is GRANTED;

IT IS FURTHER ORDERED that, in aid of the settlement reached by the Parties, this action is STAYED and ADMINISTRATIVELY CLOSED pending further motion either to re-open this action or to dismiss this action with prejudice. This order supersedes the prior Order of Dismissal [Doc. 105].

New Orleans, Louisiana, this 7th day of   March  , 2023

/s/ Jay C. Zainey
HON. JAY C. ZAINEY
United States Magistrate Judge

1